BEFORE THE SECOND DIVISION, NOVEMBER 27, 1963

No. 68143.—Crown Curtis Co., Inc., et al. *v*. United States, protests 61/11841, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel bandsaws similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiffs was sustained.

No. 68144.—Rotel Corp. of America *v*. United States, protest 62/1769 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of food juicers similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiff was sustained.

NOVEMBER 26, 1963

No. 68145.—Brier Manufacturing Company *v*. United States, protests 59/27159, etc.— Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, DECEMBER 4, 1963

No. 68146.—Alfred Dronge Music Corp. *v*. United States, protests 61/7116, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.